```
                                UNITED STATES DISTRICT COURT
                                   DISTRICT OF NEW JERSEY


                                Civil Action No. 03-5841
TIMOTHY HART              :     (Hon. Joseph A. Greenaway, Jr.)
                          :
                          :
        Plaintiff,        :
                          :             ORDER
        v.                :
                          :
HILLSIDE TOWNSHIP,        :
et al                     :
                          :
        Defendant,        :
                          :
```

This matter having come before the Court by way of an April 26, 2005 letter from plaintiff's counsel; and the Court having read and considered the application; and good cause appearing;

It is on this 10th day of May, 2005

ORDERED:

> that any motion for summary judgment shall be filed not later than June 10, 2005.

```
                                ____S/___G. DONALD HANEKE_____
                                UNITED STATES MAGISTRATE JUDGE
```